# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANAFSHEH OVEIS,<br><br>         Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>         Defendants. | Case No.: 3:24-cv-01428-RBM-BLM<br><br>**ORDER GRANTING JOINT MOTION TO STAY**<br><br>**[Doc. 5]** |

  On September 5, 2024, Plaintiff Banafsheh Oveis ("Plaintiff") and Defendants United States Citizenship and Immigration Services ("USCIS")[1] and The Los Angeles Asylum Office (together, the "Federal Defendants") (Plaintiff and the Federal Defendants collectively, the "Parties") jointly moved this Court to stay the above-captioned litigation ("Joint Motion"). (Doc. 5.) The Parties explained that they are working towards an extrajudicial resolution of Plaintiff's application for asylum and that "USCIS has scheduled an [asylum] interview for Plaintiff on June 24, 2025." (*Id.* at 1.) The Parties estimated that adjudication of Plaintiff's application can be completed within 120 days of the interview.

---

[1] USCIS is a division of Defendant Department of Homeland Security.

1  (*Id.*)  Therefore, without waiving the Federal Defendants' rights to defend the causes of
2  action and allegations contained in Plaintiff's complaint, the Parties request that this
3  litigation be stayed until October 22, 2025.  (*Id.* at 2.)

4        District courts have "broad discretion to stay proceedings as an incident to its power
5  to control its own docket."  *Clinton v. Jones*, 520 U.S. 681, 706 (1997).  Granting a stay
6  "is appropriate when it serves the interests of judicial economy and efficiency."  *Rivers v.*
7  *Walt Disney Co.*, 980 F. Supp. 1358, 1360 (C.D. Cal. 1997).  A district court "may ... find
8  it is efficient for its own docket and the fairest course for the parties to enter a stay of an
9  action before it, pending resolution of independent proceedings which bear upon the case."
10 *Leyva v. Certified Grocers of Cal., Ltd.*, 593 F.2d 857, 863 (9th Cir. 1979).  That "rule
11 applies whether the separate proceedings are judicial, administrative, or arbitral in
12 character …."  *Id.* at 863–64.

13       Based on the foregoing, the Parties Joint Motion is **GRANTED**.  This litigation is
14 **STAYED** until **October 22, 2025**.  If Plaintiff's Complaint is not dismissed voluntarily on
15 or before October 22, 2025, the Parties must **FILE** a joint status report on or before
16 **October 29, 2025**.

17       **IT IS SO ORDERED.**
18 DATE:  September 17, 2024

19
20                                       HON. RUTH BERMUDEZ MONTENEGRO
                                      UNITED STATES DISTRICT JUDGE